IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRMA ALLEN and BARTLEY MICHAEL MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br> v.<br><br>OLLIE'S BARGAIN OUTLET, INC.,<br><br>        Defendant. | Case No.: 2:19-cv-00281-JFC<br><br>ELECTRONICALLY FILED |

**DEFENDANT OLLIE'S BARGAIN OUTLET, INC.'S MOTION TO DISMISS**

  Pursuant to Federal Rule of Civil Procedure 12(b), Defendant Ollie's Bargain Outlet, Inc., by and through its undersigned attorneys, hereby moves this Court for entry of an order dismissing the National Class Action Complaint filed by Plaintiffs Irma Allen and Bartley Michael Mullen, Jr. because Plaintiffs lack standing to pursue their purported claims for violation of Title III of the Americans with Disabilities Act. Further grounds for this motion are set forth in Ollie's Memorandum of Law in Support, which is incorporated by reference. A proposed order is attached.

  WHEREFORE, Defendant Ollie's Bargain Outlet, Inc. respectfully requests that this Court dismiss the Complaint in its entirety.

Dated: April 4, 2019                Respectfully submitted,

                               **FOX ROTHSCHILD LLP**

                               */s/ Richard L. Etter*
                               Richard L. Etter (PA 92835)
                               500 Grant Street, Suite 2500
                               Pittsburgh, PA 15219
                               Telephone: (412) 394-5529
                               retter@foxrothschild.com

Thomas A. Mastroianni (PA 307168)
Ashley E. Baxter (PA 324480)
10 Sentry Parkway, Suite 200
Blue Bell, PA 19002
Telephone: (610) 397-6500
tmastroianni@foxrothschild.com
abaxter@foxrothschild.com

*Counsel for Defendant Ollie's Bargain Outlet, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of Defendant Ollie's Bargain Outlet, Inc.'s Motion to Dismiss has been served by electronic means through the Court's transmission facilities on all counsel of record.

                 FOX ROTHSCHILD LLP

Date:  April 4, 2019        */s/ Richard L. Etter*
                 Richard L. Etter