UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-067

No. 21-8017

IRMA ALLEN; BARTLEY MICHAEL MULLEN,
Individually and on behalf of all others similarly situated

v.

OLLIE'S BARGAIN OUTLET, INC.,
Petitioner

(W.D. Pa. No. 2-19-cv-00281)

Present: JORDAN, KRAUSE, and PHIPPS, Circuit Judges

1. Petition for Leave to Appeal Pursuant to Fed. R. Civ.P.23(f) filed by Petitioners Ollies Bargain Outlet, Inc.

2. Response to Petition for Leave to Appeal Pursuant to Fed. R. Civ.P.23(f) filed by Respondents Irma Allen and Bartley Michael Mullen

Respectfully,
Clerk/clw

_____ ORDER _____

The foregoing petition is granted.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: May 21, 2021
CJG/cc:   Richard L. Etter, Esq.
          Elizabeth Pollock-Avery, Esq.
          James P. McGraw, Esq.
          Kelly K. Iverson, Esq.
          Nicholas Colella, Esq.
          R. Bruce Carlson, Esq.
          Ian Brown, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk