UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2121
_____

IRMA ALLEN; BARTLEY MICHAEL MULLEN, Jr.,
Individually and on behalf of all others similarly situated

v.

OLLIE'S BARGAIN OUTLET, INC.,
Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 2-19-cv-00281)
District Judge: Honorable William S. Stickman, IV

_____

Argued: March 15, 2022

Before: JORDAN, KRAUSE, and PORTER, *Circuit Judges*.

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on March 15, 2022. On consideration whereof, it is now
**ORDERED** and **ADJUDGED** by this Court that the District Court's order dated March 26, 2021, is **VACATED** and the cause **REMANDED** for further proceedings. Costs are to be taxed against Appellees. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 24, 2022

Costs taxed as follows in favor of Appellant

Brief.........................$103.20

Appendix..................$630.00

Reply Brief...............$ 77.60

Total......................$810.80

Certified as a true copy and issued in lieu
of a formal mandate on     08/01/22

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**