IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRMA ALLEN and BARTLEY M. MULLEN, JR., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>OLLIE'S BARGAIN OUTLET, INC.<br><br>     Defendant. | Case No. 2:19-cv-00281-WSS |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Irma Allen and Bartley M. Mullen, Jr., by and through their undersigned counsel, and hereby advise this Honorable Court that they have reached an agreement in principle with Defendant, Ollie's Bargain Outlet, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

                */s/ Nicholas A. Colella*
                Kelly K. Iverson
                Elizabeth Pollock-Avery
                Nicholas A. Colella
                **LYNCH CARPENTER, LLP**
                1133 Penn Avenue, 5th Floor
                Pittsburgh, PA 15222
                T: (412) 322-9243
                kelly@lcllp.com
                elizabeth@lcllp.com
                nickc@lcllp.com

                R. Bruce Carlson
                **CARLSON BROWN**
                222 Broad St.
                PO Box 242
                Sewickley, PA 15143
                bcarlson@carlsonbrownlaw.com
                (724) 730-1753

                *Attorneys for Plaintiff*