UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRMA ALLEN and BARTLEY M. MULLEN, JR., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OLLIE'S BARGAIN OUTLET, INC.<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-00281-WSS |

## STIPULATION OF DISMISSAL

Plaintiffs Irma Allen and Bartley M. Mullen and Defendant Ollie's Bargain Outlet, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. No class is currently certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: February 17, 2023 | Respectfully submitted, |
| */s/ Nicholas A. Colella*<br>Kelly K. Iverson<br>Elizabeth Pollock-Avery<br>Nicholas A. Colella<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>T: (412) 322-9243 | */s/ Richard L. Etter*<br>Richard L. Etter<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>One PPG Place, Suite 1900<br>Pittsburgh, PA 15222-1237<br>Telephone: (412) 230-8963<br>Facsimile: (412) 232-1799 |

| | |
|---|---|
| F: (412) 231-0246<br>kelly@lcllp.com<br>elizabeth@lcllp.com<br>nickc@lcllp.com | rick.etter@ogletree.com<br><br>*Attorneys for Defendant* |

R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorneys for Plaintiff*